```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 22706
    JEFFERY G MARTYKA
    TINA M MARTYKA                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-2108     SSN XXX-XX-8682
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/04/07 .

    2.  The case was dismissed without confirmation, 02/29/2008.

    3.  The Debtor paid a total of $   3485.96 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CCO MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CCO MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CHARTER ONE BANK NA | SECURED | .00 | .00 | .00 |
| CHARTER ONE BANK NA | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| BANCO POPULAR NORTH AMER | SECURED VEHIC | .00 | .00 | 1132.84 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | 663.20 |
| CITIZENS BANK | SECURED VEHIC | .00 | .00 | 1234.28 |
| AMEX | UNSECURED | NOT FILED | .00 | .00 |
| AMEX | UNSECURED | NOT FILED | .00 | .00 |
| AMEX | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| MILITARY STAR | UNSECURED | NOT FILED | .00 | .00 |
| MONOGRAM BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 3030.32 | .00 | .00 | .00 | 3030.32 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 3030.32 | .00 | .00 | .00 | 3030.32 |

The Debtor's attorney, LEGAL HELPERS PC             , was allowed $   3000.00
and was paid $   1116.00  direct and $    253.45  through the plan.

The Trustee received $    202.19 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 05/21/08                      /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE